UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH RODERICK JR., <br><br> Plaintiff, <br><br> -against- <br><br> WILLIAM MARTIN JOEL, AKA "BILLY JOEL", ET AL., <br><br> Defendants. | 25-cv-5452 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the August 27, 2025, order, the Court dismisses this action without prejudice as duplicative of *Roderick v. Joel*, 1:25-CV-5446 (LTS). The Court denies all pending motions and requests in this action without prejudice to filing them in *Roderick*, 1:25-CV-5446 (LTS).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 28, 2025
         New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge